## GAINES *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 4, September Term, 1960 (Adv.).]

*Decided June 14, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This application for leave to appeal from the denial of post conviction relief is denied for the reasons set forth in detail in the well-considered opinion of Judge Warnken.

*Application denied.*